1108

No. 1197, Misc. BAINES ET AL. *v.* McGRATH, CORRECTION COMMISSIONER. Ct. App. N. Y. Certiorari denied. *William M. Kunstler, Michael Meltsner,* and *Melvyn Zarr* for petitioners.

No. 1201, Misc. CASIAS ET AL. *v.* COLORADO. C. A. 10th Cir. Certiorari denied. 

No. 1203, Misc. PENNINGTON *v.* GEORGIA. Ct. App. Ga. Certiorari denied. *Albert M. Horn* for petitioner. *Lewis R. Slaton, J. Walter Le Craw,* and *Carter Goode* for respondent. 

No. 1204, Misc. STUBBS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Bruce K. Carpenter* for petitioner.

No. 1205, Misc. WALLACE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1206, Misc. HUSSAR *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1210, Misc. CONLON *v.* FITZHARRIS, TRAINING FACILITY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 1211, Misc. PORTER *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 1214, Misc. OATIS *v.* NELSON, WARDEN. Ct. App. Cal., 2d App. Dist. Certiorari denied.